UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JAMES MURPHY,                                               :
:
                      Plaintiff,             :
:        25-CV-3267 (VSB)
      -against-                                 :
:        **ORDER**
ITX USA, LLC,                                               :
:
                      Defendant.             :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on April 19, 2025, (Doc. 1), and filed an affidavit of service on July 21, 2025, (Doc. 6). On July 22, 2025, Defendant appeared and filed a letter motion for an extension of time for Defendant to answer, move or otherwise respond to the Complaint to August 22, 2025, (Doc. 7), which I granted, (Doc. 8). On August 19, 2025, Defendant again filed a letter motion seeking an extension of time to respond to the Complaint to September 22, 2025, (Doc. 9), which I granted, (Doc. 10). Thus, the deadline for Defendant to respond to the Complaint was September 22, 2025. To date, Defendant has not responded to the Complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 5, 2025. If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 21, 2025
              New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge